# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2014

146734

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

COREY O'NEIL WATSON,
      Defendant-Appellee.

SC: 146734
COA: 306989
Wayne CC: 11-002920-FC

_____/

By order of November 6, 2013, the application for leave to appeal the February 6, 2013 order of the Court of Appeals was held in abeyance pending the decision *People v Eliason* (Docket No. 147428). On order of the Court, the case having been decided on July 8, 2014, sub nom *People v Carp*, 496 Mich 440 (2014), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2014



h1215

Clerk